**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-7208**

—————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MICHAEL QUINCY BROWN,

                                    Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CR-97-344-DKC, CA-99-3017-DKC)

—————————

Submitted: November 9, 2000        Decided: December 6, 2000

—————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Michael Quincy Brown, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Baltimore, Maryland; Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Quincy Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). However, the sole issues Brown raised in his informal brief relate to the validity of his plea, and the district court's denial of his ineffective assistance of counsel claim as it relates to his career offender status. Accordingly, we have limited our review to those issues. See Local Rule 34(b). We have reviewed the record and the district court's opinion relating to the issues Brown specified in his informal brief, and find no reversible error. Accordingly, we affirm on the reasoning of the district court, as to those issues, and we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Brown, Nos. CR-97-344-DKC; CA-99-3017-DKC (D. Md. June 16, 2000). To the extent Brown seeks to raise issues not first presented to the district court for review, we decline to review those issues. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2